1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL EUGENE KINCADE,            )   1:11-cv-00451-JLT (HC)
                                        )
12              Petitioner,             )   ORDER TRANSFERRING CASE TO THE
                                        )   SACRAMENTO DIVISION OF THE
13   vs.                                )   UNITED STATES DISTRICT COURT,
                                        )   EASTERN DISTRICT OF CALIFORNIA
14   KATHLEEN ALLISON,                  )
                                        )
15              Respondent.             )
                                        )
16   _____   )

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to appoint counsel.

19        The petitioner is challenging a conviction from Sutter County, which is part of the

20   Sacramento Division of the United States District Court for the Eastern District of California.

21   Therefore, the petition should have been filed in the Sacramento Division.

22        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

24   will be transferred to the Sacramento Division.   This court will not rule on petitioner's request to

25   appoint counsel.

26        Good cause appearing, IT IS HEREBY ORDERED that:

                                        -1-

-2-

1      1.  This court has not ruled on petitioner's request to appoint counsel.

2      2.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Sacramento; and

4      3.  All future filings shall reference the new Sacramento case number assigned and shall

5  be filed at:

6                               United States District Court
                                Eastern District of California
7                               501 "I" Street, Suite 4-200
                                Sacramento, CA 95814
8

9  IT IS SO ORDERED.

10  Dated:   **March 21, 2011**                         **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26